**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-2439**

---

SHAOMIN SUI,

        Plaintiff - Appellant,

    v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge. (1:19-cv-03318-DLB)

---

Submitted: March 29, 2022                Decided: March 31, 2022

---

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Shaomin Sui, Appellant Pro Se. Renee Lynn Bowen, FRANKLIN & PROKOPIK, Baltimore, Maryland; Brian James Kluckman, FEDEX GROUND, Moon Township, Pennsylvania; William George Whitman, IV, FEDEX GROUND, Coraopolis, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaomin Sui seeks to appeal an arbitration award. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The arbitration award Sui seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*